# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI H. MARINO, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:14-CV-00705 (AVC) |
| ) | |
| v. ) | Electronically Filed |
| ) | |
| GUILFORD SPECIALTY GROUP, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CONSENTED-TO MOTION FOR ENTRY OF A PROTECTIVE ORDER

Defendant Guilford Specialty Group Inc. hereby moves for the Court to enter a protective order in the form attached hereto. Plaintiff has consented to this motion.

                Respectfully submitted,

                /s/ Anthony Herman

| | |
|---|---|
| Patricia E. Reilly (CT08352) | Anthony Herman (ct13749) |
| LITTLER MENDELSON P.C. | Eli K. Best (phv06909) |
| One Century Tower | COVINGTON & BURLING LLP |
| 265 Church Street, Suite 300 | 1201 Pennsylvania Ave, NW |
| New Haven, CT 06510 | Washington, DC 20004-2401 |
| Phone: (203) 974-8700 | Phone: (202) 662-6000 |
| Fax: (203) 974-8799 | Fax: (202) 662-6291 |
| preilly@littler.com | aherman@cov.com; ebest@cov.com |

*Attorneys for defendant Guilford Specialty Group, Inc.*

DATED: November 20, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of November, 2014, a copy of the foregoing and all supporting materials referenced above was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

                                      /s/ Anthony Herman
                                      Anthony Herman (ct13749)

                        *Attorney for defendant Guilford Specialty Group, Inc.*