**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LORI H. MARINO, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:14-CV-00705 (AVC) |
| | ) |
| v. | ) Electronically Filed |
| | ) |
| GUILFORD SPECIALTY GROUP, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

On December 18, 2015, attorneys Jane Byrne, Michael Carlinsky, and Renita Sharma of Quinn Emanuel Urquhart & Sullivan, LLP moved for admission *pro hac vice* as counsel for Defendant and Counterclaim-Plaintiff Guilford Specialty Group, Inc. ("GSG") in the above-captioned matter. GSG also continues to be represented by Patricia Reilly and Matthew Curtin of Littler Mendelson, P.C. GSG hereby requests that the Clerk of the Court withdraw the appearances of Anthony Herman, Joshua Asher, and Eli Best of Covington & Burling LLP as counsel in the above-captioned matter.

A copy of the foregoing has been sent by certified mail to GSG at 825 Third Avenue, 35th Floor, New York, NY 10022.

Dated: December 18, 2015                     Respectfully submitted,

                                             /s/ Anthony Herman
Patricia E. Reilly (CT08352)                 Anthony Herman (ct13749)
LITTLER MENDELSON P.C.                       Joshua Asher (phv07216)
One Century Tower                            COVINGTON & BURLING LLP
265 Church Street, Suite 300                 One City Center
New Haven, CT 06510                          850 Tenth Street, NW
Phone:  (203) 974-8700                       Washington, DC 20001
Fax:  (203) 974-8799                         Phone:  (202) 662-6000
preilly@littler.com                          Fax:  (202) 662-6291
                                             aherman@cov.com; jasher@cov.com

*Attorneys for Guilford Specialty Group, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 18th day of December, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

                                                   /s/ Anthony Herman
                                                 Anthony Herman (ct13749)