UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI MARINO,<br><br>    Plaintiff,<br><br>v.<br><br>GUILFORD SPECIALTY GROUP,<br><br>    Defendant. | Case No. 3:14-cv-00705 (AVC)<br><br>Electronically Filed |

**MOTION FOR PERMISSION FOR DEFENDANT'S REPRESENTATIVE
TO APPEAR TELEPHONICALLY**

With consent from Plaintiff's counsel, the undersigned respectfully requests that Corrine Glass, representative for Defendant Guilford Specialty Group, Inc. ("GSG"), be permitted to appear telephonically at the April 6, 2016 Settlement Conference (Dkt. No. 101) before PJO Corcoran due to the following extenuating circumstances:

1.   Ms. Glass recently became Acting General Counsel of GSG, in addition to her fulltime duties as Managing Director, Equities and Alternative Investments. Prior to that, Ms. Glass was GSG's Associate General Counsel. Ms. Glass is the best person to discuss settlement because she is intimately familiar with the underlying facts of the case and is one of GSG's key executives who is also not a witness. She has full settlement authority on behalf of GSG.

2.   Ms. Glass resides in New York, New York and has three young children who also reside in New York, New York. Familial responsibilities mean that travel to Hartford, Connecticut and back on April 6, 2016 would impose significant hardship on her and her family.

3. Ms. Glass' dual role as Acting General Counsel and Managing Director also mean that travel to Hartford, Connecticut and back would be burdensome in relation to her job responsibilities.

4. Undersigned counsel for Defendant Guilford Specialty Group, Inc. will personally attend the April 6, 2016 Settlement Conference.

For these reasons and with consent from Plaintiff's counsel, the undersigned respectfully requests that Corrine Glass, representative for Defendant Guilford Specialty Group, Inc., be permitted to appear telephonically at the April 6, 2016 Settlement Conference.

Dated:   March 23, 2016

                                              GUILFORD SPECIALTY GROUP, INC.

/s/ Jane M. Byrne
Jane M. Byrne (phv07883)
Renita Sharma (phv07884)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
janebyrne@quinnemanuel.com
renitasharma@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March 2016, a copy of the foregoing was filed electronically on counsel for plaintiff. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ Jane M. Byrne
Jane M. Byrne (phv07883)